JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
333 W. Shaw Ave., Ste. 102
Fresno, CA  93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| CHRISTIAN MCCART,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-00214-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S LETTER BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's LETTER BRIEF be extended from August 25, 2014, to November 3, 2014.  This is Plaintiff's first request for an extension by stipulation of the parties.

During the course of the last month, my office underwent significant changes including a reduction on support staff, and personal illness from which I am now fully recovered.  Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated:  October 8, 2014

Respectfully submitted,
*/s/__Jonathan Omar Pena__*
JONATHAN OMAR PENA
Attorney for Plaintiff

1

| | |
|---|---|
| Dated:  October 6, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | **(As authorized via email on October 6, 2014)** |
| By: | _____<br>Henry L. Chi<br>Special Assistant United States Attorney<br>Office of General Counsel<br>Attorneys for Defendant |

### **ORDER**

The above stipulation is adopted. Plaintiff's confidential letter brief is now due on **November 3, 2014.** All other dates in the scheduling order issued on February 20, 2014 (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **October 15, 2014**          /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE