JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
333 W. Shaw Ave., Ste. 102
Fresno, CA 93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| CHRISTIAN MCCART,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:14-cv-00214-GSA<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S OPENING BRIEF**<br><br>(Doc. No. 18) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's OPENING BRIEF be extended from January 8, 2015, to February 22, 2015. This is Plaintiff's first request for an extension to submit Plaintiff's Opening Brief by stipulation of the parties. This is Plaintiff's second request for an extension by stipulation of the parties.

Due to the holidays and reduced staff, Counsel needs additional time to research and review the administrative record. Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated: January 6, 2015

Respectfully submitted,
/s/   Jonathan Omar Pena
JONATHAN OMAR PENA
Attorney for Plaintiff

1

| | |
|---|---|
| Dated:  January 6, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | **(As authorized via email on 1/6/15)**<br>By:  _____<br>Esther Kim<br>Special Assistant United States Attorney<br>Office of General Counsel<br>Attorneys for Defendant |

### ORDER

Based on the stipulation between the parties (Doc. No. 18), the Court grants an extension of time for Plaintiff to file his Opening Brief. Plaintiff shall file his Opening Brief on or before February 22, 2015. All other deadlines in the Court's Case Scheduling Order (Doc. No. 5) shall be extended accordingly.

IT IS SO ORDERED.

　　Dated:   **January 8, 2015**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE